UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-24811-UU

CHRISTOPHER HANSEN, an individual,

        Plaintiff,

v.

FATHER INVESTMENT CORP., and
EL PULPO COJO, CORP.,

        Defendants.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE HAVING come to be heard before this Honorable Court on Plaintiff, CHRISTOPHER HANSEN'S, Motion for Final Default Judgment, for the entry of an Order granting its motion and the Court being duly advised in the premises herein, it is hereby:

Ordered and Adjudged that the Final Judgment is hereby entered in favor of Plaintiff, CHRISTOPHER HANSEN, and against Defendant, EL PULPO COJO, CORP. Defendant has violated the ADA and this Honorable Court hereby orders the Defendant, EL PULPO COJO, CORP., correct the following architectural barriers/violations of the Americans with Disabilities Act, as follows:

    I.    A REQUIRED ACCESSIBLE PARKING SPACE IS NOT PROVIDED WITHIN THE EXISTING PARKING AREA.
        a.    Contrary to ADAAG 208, ADAAG 208.1, and ADAAG 208.2.
    II.    THERE IS A CURB THAT SURROUNDS THE PROPERTY. THE EXISTING CURB RAMP IS INACCESSIBLE DUE TO DINING TABLES, CHAIRS, AND A BBQ POSITIONED NEXT TO AND DIRECTLY ON THE RAMP.
    III.    THE GROUND SURFACE OF THE PARKING SPACES IS IN DISREPAIR. POT HOLES, CRACKS AND SEVERAL LEVEL CHANGES ARE PRESENT.
        a.    Contrary to ADAAG 302 and ADAAG 302.1.

IV. REQUIRED ACCESSIBLE SEATING IS NOT PROVIDED AT THE EXTERIOR SEATING AREA.
   a. Contrary to ADAAG 226, ADAAG 226.1, ADAAG 902, ADAAG 902.1, and ADAAG 902.2.
V. REQUIRED ACCESSIBLE SEATING IS NOT PROVIDED AT THE INTERIOR SEATING AREA.
   a. Contrary to ADAAG 226, ADAAG 226.1, ADAAG 902, ADAAG 902.1, and ADAAG 902.2.
VI. REQUIRED MINIMUM CLEAR WIDTH IS NOT PROVIDED AT THE RESTROOM DOOR OPENING.
   a. Contrary to ADAAG 404.2.3.
VII. RESTROOM DOOR SWINGS INTO THE REQUIRED CLEAR FLOOR SPACE OF BOTH THE LAVATORY AND WATER CLOSET.
   a. Contrary to ADAAG 603.2.3.
VIII. REQUIRED MINIMUM CLEARANCE IS NOT PROVIDED AT THE RESTROOM DOOR.
   a. Contrary to ADAAG 404.2.4.
IX. REQUIRED MINIMUM TURNING SPACE IS NOT PROVIDED IN THE RESTROOM.
   a. Contrary to ADAAG 603, ADAAG 603.1, ADAAG 603.2 and ADAAG 603.2.1.
X. REQUIRED MINIMUM FLOOR SPACE IS NOT PROVIDED AT THE LAVATORY.
   a. Contrary to ADAAG 606, ADAAG 606.2, and ADAAG 305.3.
XI. REQUIRED TOE AND KNEE CLEARANCE IS NOT PROVIDED AT THE LAVATORY.
   a. Contrary to ADAAG 606 and ADAAG 606.2.
XII. NON COMPLIANT FAUCET KNOBS AT THE LAVATORY REQUIRE TWISTING OF THE WRIST.
   a. Contrary to ADAAG 606.4 and ADAAG 309.4.
XIII. NON COMPLIANT HEIGHT OF THE MIRROR IN THE RESTROOM EXCEEDS THE MAXIMUM HEIGHT ALLOWANCE.
   a. Contrary to ADAAG 603.3.
XIV. NON COMPLIANT MOUNTED HEIGHT OF THE PAPER TOWEL DISPENSER EXCEEDS THE MAXIMUM HEIGHT ALLOWANCE..
   a. Contrary to ADAAG Advisory 606.1 and ADAAG 308.
XV. REQUIRED MINIMUM CLEARANCE IS NOT PROVIDED AT THE WATER CLOSET.
   a. Contrary to ADAAG 604.3 and ADAAG 604.3.1.
XVI. REQUIRED GRAB BARS ARE NOT PROVIDED ON THE REAR AND SIDE WALLS AT THE WATER CLOSET.
   a. Contrary to ADAAG 604.5.
XVII. NON COMPLIANT POSITION OF THE FLUSH CONTROL LOCATED ON THE CLOSED SIDE OF THE WATER CLOSET.
   a. Contrary to ADAAG 604.6 and ADAAG 309.

The Defendant shall comply with the terms of this Final Judgment within sixty (60) days

of entry of this judgment. The Court shall retain jurisdiction relating to the Plaintiff's attorney's fees and costs and said motion shall be filed within thirty (30) days of entry of this Final Judgment.

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida, this 18 day of Mar., 2015.

UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record