UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-24811-UU

CHRISTOPHER HANSEN,

    Plaintiff,

v.

FATHER INVESTMENT CORP. &
EL PULPO COJO, CORP.,

    Defendants.
_____/

**ADMINISTRATIVE ORDER CLOSING CASE**

    THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

    THE COURT, having reviewed the pertinent portions of the record and being fully advised of the premises, hereby

    ORDERS AND ADJUDGES that for administrative purposes this case is hereby CLOSED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2015.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record